Form B3 (official Form 3)           **UNITED STATES BANKRUPTCY COURT**
(9/97)                              __Northern__ DISTRICT OF __Rockford, Il__

In re: __Rex A. Grenoble__
         Debtor

Case No. __08-70749__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __75.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case or any other pending case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

    $ ~~25.00~~ 74.75 Check one ☐ With the filing of the petition, or
                               ☒ On or before __3/28/08__
    $ ~~75.00~~ 74.75 on or before __4/25/08__
    $ ~~75.00~~ 74.75 on or before __5/9/08__
    $ ~~75.00~~ 74.75 on or before __6/13/08__

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 1 4 2008

KENNETH S. GARDNER, CLERK

BY _____
       DEPUTY CLERK

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____  _____    _Rex A. Grenoble_  __3/13/08__
Signature of Attorney       Date          Signature of Debtor   Date
                                          (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                          _____  _____
                                          Signature of Joint Debtor (if any)   Date

---

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

__Rex A. Grenoble__                                    __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__
Printed or Typed Name of Bankruptcy Petition Preparer   Social Security No.

  __110 Ave-A.__
  __Freeport, Il 61032__
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _Rex A. Grenoble_                          _____
Signature of Bankruptcy Petition Preparer     Date